IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David A. Hagedorn, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:01cv00781 |
| | : Senior District Judge S. Arthur Spiegel |
| Veritas Software Corporation, | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

... the Court GRANTS Defendant's Motion for Summary Judgment (doc. 19) as to his ADEA claim and DISMISSES such claim with prejudice. The Court further DISMISSES without prejudice plaintiff's claims based on Ohio law.

9/2/03                                                      Kenneth Murphy, Clerk


                                                            Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.