FILED
KENNETH J. MURPHY
CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

03 OCT -2 PM 3: 28

|  |  |  |
|---|---|---|
| DAVID A. HAGEDORN | : | Case No. C-1-01-781 |
|  | : | J. Spiegel |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| VERITAS SOFTWARE CORPORATION | : | **NOTICE OF APPEAL** |
|  | : |  |
| Defendant. | : |  |

Plaintiff David A. Hagedorn hereby appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Order entered on September 2, 2003 granting summary judgment in favor of Veritas Software Corporation.

Respectfully submitted,

*Randolph Freking /MEC*
Randolph H. Freking (0009158)
Megan E. Clark (0065159)
Trial Attorneys for Plaintiff
Freking & Betz
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
randy@frekingandbetz.com
Mclark@frekingandbetz.com
Phone: (513) 721-1975
Fax: (513) 651-2570

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon D. Lewis Clark, Jr., Esq. and Tiffany L. Komasara, Esq., Trial Attorneys for Defendant, Squire, Sanders & Dempsey LLP, 1300 Huntington Center, 41 South High St., Columbus, OH 43215 by regular U.S. Mail this 2nd day of October, 2003.

*Megan E Clark*