```
Thu Oct  2 15:09:36 2003

    UNITED STATES DISTRICT COURT

        CINCINNATI, OH

Receipt No.    100 420374
Cashier           kji

Tender Type  CHECK

Check Number: 12154

Transaction Type   N

DO Code     Div No       Acct
 4661          1        086900

Amount              $    105.00

FREKING & BETZ

NOTICE OF APPEAL C-1-01-781
```

```
Thu Oct  2 15:09:36 2003

Check No. 12154
Amount:   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```