For Use by District Court Personnel Only

## TRANSMISSION FORM

| | | |
|---|---|---|
| District Court: | **S.D. of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: | **C-1-01-781** | Court of Appeals Case No: *03-4292* |
| SHORT CAPTION | | |
| **DAVID A. HAGEDORN** | | Case Manager: **JILL COLYER** |
| Plaintiff/Petitioner | | Date Filed: |
| **vs.** | | |
| **VERITAS SOFTWARE CORPORATION** | | **FILED** |
| Defendant/Respondent | | OCT 0 7 2003 |
| | | **LEONARD GREEN, Clerk** |
| *provide pro se address IF NOT on the docket sheet | | |
| District Court Judge: | **S. Arthur Spiegel** | Anything That Needs Special Attention **Notice of Appeal (doc.#29) appealing Order (doc.#27) entered by Judge Spiegel on September 2, 2003.** |
| Court Reporter(s): | | |
| From Deputy Clerk: | **Arthur Hill** | |
| Date: | **October 6, 2003** | |
| $105.00 Appeal Filing Fee Paid? **Yes** | | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** Volume(s)

Deposition(s) Volume(s) Exhibit(s) Volume(s)

Transcript(s) Volume(s) **Sealed** Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court

'03 OCT -9 AM 11:06
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

FILED
KENNETH J. MURPHY
CLERK