**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID HAGEDORN, | : |
| Plaintiff, | |
| | : |
| v. | Case No.: 1:01-cv-00781 |
| VERITAS SOFTWARE CORPORATION | : |
| Defendant. | **NOTICE** |

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case, filed by counsel for Defendant, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed as waste within 15 days of the date of this notice if arrangements are not made to retrieve them.

S. Arthur Spiegel
United States Senior District Judge

By: s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620