FILED
JAMES BONINI
CLERK

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

05 JUN -8 PM 3:10

No: 03-4292

Filed: June 7, 2005

DAVID A. HAGEDORN

    Plaintiff - Appellant

1:01cv781
Spiegel

v.

VERITAS SOFTWARE CORPORATION

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 5/6/05 the mandate for this case hereby issues today.

A True Copy.

COSTS:(Awarded to Appellee)    Attest:

Filing Fee ..........$
Printing ............$

    Total ........$131.22

_____
Deputy Clerk