**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| DAVID HAGEDORN, | : | |
| Plaintiff, | : | Case No.: 1:01-cv-00781 |
| | : | |
| v. | : | |
| | : | |
| VERITAS SOFTWARE CORPORATION | : | **NOTICE** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 33), the depositions filed by Defendant in the case are hereby disposed of as waste on this date.

Date: <u>July 8, 2005</u>

                                       S. Arthur Spiegel
                                       United States Senior District Judge

                                       By: <u>s/Kevin Moser</u>
                                            Kevin Moser
                                            Case Manager
                                            (513) 564-7620